E & A Holdings, Inc., Petitioner-Respondent, 
against
Jerome Avenue Car Wash and Lube, Inc., Respondent-Appellant, -and- "XYZ Corp.," "John Doe" and "Jane Doe," Respondents.



Respondent Jerome Avenue Car Wash and Lube, Inc. appeals from an order of the Civil Court of the City of New York, Bronx County (Donald A. Miles, J.), dated March 9, 2016, which denied its motion to dismiss the petition and granted petitioner's cross motion to restore the matter to the calendar and for summary judgment of possession in a holdover summary proceeding.




Per Curiam.
Order (Donald A. Miles, J.), dated March 9, 2016, reversed, with $10 costs, respondent's motion to dismiss the petition granted and petitioner's cross motion for summary judgment of possession denied (see E & A Holdings, Inc. v Jerome Avenue Car Wash and Lube, Inc., appeal numbered 16-452 decided herewith.)
THIS CONSTITUTES THE ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: November 01, 2016